# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2491. DUNBAR et al. v. BANK OF AMERICA, N.A., et al.**

Appellant Marcia Dunbar has filed a motion to dismiss this appeal. Based on the appellate record, Dunbar is the sole party entitled to appeal. The motion is hereby GRANTED, and the appeal is withdrawn.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*